## WILLIAM STALLINGS ET AL.

### v.

## THE BOARD OF TRUSTEES OF TOWNSHIP No. 1, etc.

ERROR WILL NOT ALWAYS REVERSE.—Although the instructions were to some extent erroneous, yet it appearing that justice has been done, the judgment is affirmed.

ERROR to the Circuit Court of Madison county; the Hon. WILLIAM H. SNYDER, Judge, presiding. Opinion filed April 2, 1880.

Mr. H. S. PETTINGILL, for plaintiff in error.

Messrs. KROME & HADLEY, for defendant in error.

PER CURIAM. This case was rightly decided. The instructions were to some extent erroneous and contradictory, but as we think justice has been done, the judgment will be affirmed.

Affirmed.